International Union of Life Insurance Agents, Locals Nos. 1, 2, and 3, Respondents, vs. Wisconsin Labor Relations Board, Defendant: Prudential Insurance Company of America, Appellant.

*March 11—April 15, 1941.*

474

For the appellant there was a brief by *Lines, Spooner & Quarles,* attorneys, and *Charles B. Quarles* of counsel, all of Milwaukee, and oral argument by *Mr. Quarles.*

For the respondent there was a brief by *Gold & McCann* of Milwaukee, and oral argument by *Ray T. McCann.*

FRITZ, J. The facts in this case are substantially similar to the facts in *Metropolitan Life Ins. Co. v. Wisconsin L. R. Board, ante,* p. 464, 297 N. W. 430 (decided herewith), in so far as they are material in the consideration of the legal questions and the conclusions and result reached in that case. In addition to the facts which compelled that result, there are in this case also the circumstances that the proceeding in the circuit court was not instituted by a petition filed by the employer; that the only petition filed was by the International Union of Life Insurance Agents, Locals Nos. 1, 2, and 3, and it did not do so until May 2, 1939, which was but two days before the repeal of ch. 111, Stats. 1937; that there never was any service of that petition on the Wisconsin Labor Relations Board because its members had resigned and no board was then in existence; and that there was no pleading filed or appearance in court on behalf of the board.

For the reasons stated in the *Metropolitan Life Ins. Co. Case, supra,* the judgment herein must be reversed and the cause remanded with directions to dismiss the proceedings.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss the proceedings.